FARHANG & MEDCOFF
4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433
F: 520.790.5736

Robert C. Garcia (#026246)
rgarcia@fmlaw.law
Cody D. Vandewerker (#033385)
cvandewerker@fmlaw.law

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Nicholas Delisle, | Case No: CV 18-0008-DTF |
|---|---|
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| Downtown Clifton, LLC and Moniqua Lane and Monte Workman, husband and wife, | |
| Defendants. | |

This Corporate Disclosure Statement is filed on behalf of Downtown Clifton, LLC in compliance with the provisions of:

  __X__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement

identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

__X__   No such corporation.

____   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.) Relationship _____

____   Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.) Relationship _____

____   Other (please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein**.

DATED this 8th day of March 2018.

              FARHANG & MEDCOFF

              By /s/ Cody D. Vandewerker
                Robert C. Garcia
                Cody D. Vandewerker
                *Attorneys for Defendants*

Copy mailed or emailed* this 8th day of March 2018 to:

Thomas Griffin*
ROBAINA & KRESIN PLLC
5343 North 16th Street, Suite 200
Phoenix, Arizona 85016
ttg@robainalaw.com
Attorneys for Plaintiff

FARHANG & MEDCOFF